**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home     Q  New Offender Search

53,745-06

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06109181 |
| **TDCJ Number:** | 01703386 |
| **Name:** | ODEM,BENNY RAY |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1980-12-26 |
| **Maximum Sentence Date:** | 2049-11-08 |
| **Current Facility:** | RAMSEY I |
| **Projected Release Date:** | 2030-04-22 |
| **Parole Eligibility Date:** | 2016-06-16 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |